HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN ALLEN MCCRACKEN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C16-5468 RBL<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

THIS MATTER is before the Court on limited remand from the Ninth Circuit to address whether Petitioner McCracken is entitled to a Certificate of Appealability [Dkt. # 55].

The Court should grant an application for a Certificate of Appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

McCracken has not made such a showing in any of his six motions to re-open his case. See also this Court's prior Order declining to issue a Certificate [Dkt. # 30]. The Court will not issue a Certificate of Appealability.

IT IS SO ORDERED.

Dated this 27th day of February, 2019.

Ronald B. Leighton
United States District Judge